# Exhibit 2

Non-Method Claim: 1

| US9001581 | Cubot KINGKONG MINI 4 (“The accused product”) |
|---|---|
| 1. A semiconductor memory device comprising: | The accused product discloses a semiconductor memory device (e.g., Samsung UFS 2.1).<br><br>As shown below, the accused product is a smartphone that utilizes semiconductor memory-based storage implemented using Samsung UFS 2.1 V-NAND flash.<br><br><br>https://cubot.net/phone/rugged-phone/KingKongMini4?l=en-us |

| | |
|---|---|
| | <br>KINGKONG MINI 4<br>Overview Specification<br>CPU: SC T616 Octa core (12nm,2*A75 2.0GHz+6*A55 1.8GHz)<br>Operation System: Android 15<br>Memory: 6GB+10GB (extend) RAM, 128GB ROM<br>8GB+12GB (extend) RAM, 256GB ROM<br>https://cubot.net/phones/rugged-phone/KingKongMini4-specs/146?l=en-us |

| | |
|---|---|
| | <br><br>Source: Teardown of the accused product |




https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/




https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/

| | |
|---|---|
| | **Integrated to bring flagship performance**<br><br>Equip mobile devices for the age of AI and 5G. DRAM and NAND come together in a single compact package to deliver flagship-level performance. LPDDR5 uMCP brings high-bandwidth storage and memory, crucial for the increasingly data-heavy demands of smartphones, wearables, and AI technology. Take less space and offer capabilities for the ever-growing 5G world.<br>https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/<br><br>Samsung Newsroom Corporate Products Social Impact Press Resources<br><br>"The new Samsung 512GB eUFS provides the best embedded storage solution for next-generation premium smartphones by overcoming potential limitations in system performance that can occur with the use of micro SD cards, said Jaesoo Han, executive vice president of Memory Sales & Marketing at Samsung Electronics. "By assuring an early, stable supply of this advanced embedded storage, Samsung is taking a big step forward in contributing to timely launches of next-generation mobile devices by mobile manufacturers around the world."<br><br>Consisting of eight 64-layer 512Gb V-NAND chips and a controller chip, all stacked together, Samsung's new 512GB UFS doubles the density of Samsung's previous 48-layer V-NAND-based 256GB eUFS, in the same amount of space as the 256GB package. The eUFS' increased storage capacity will provide a much more extensive mobile experience. For example, the new high-capacity eUFS enables a flagship smartphone to store approximately 130 4K Ultra HD (3840×2160) video clips of a 10-minute duration*, which is about a tenfold increase over a 64GB eUFS which allows storing only about 13 of the same-sized video clips.<br>https://news.samsung.com/global/samsung-starts-producing-first-512-gigabyte-universal-flash-storage-for-next-generation-mobile-devices |
| a plurality of semiconductor memory cells; | The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product includes UFS storage based on Samsung V-NAND Flash that use TLC semiconductor memory cells. Each TLC cell stores |

| | |
|---|---|
| | three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 128GB or 256GB, depending on the model.<br><br>KINGKONG MINI 4 Overview Specification<br><br>CPU: SC T616 Octa core (12nm,2*A75 2.0GHz+6*A55 1.8GHz)<br><br>Operation System: Android 15<br><br>Memory: 6GB+10GB (extend) RAM, 128GB ROM<br>8GB+12GB (extend) RAM, 256GB ROM<br><br>https://cubot.net/phones/rugged-phone/KingKongMini4-specs/146?l=en-us |



Source: Teardown of the accused product

| | |
|---|---|
| | <br>https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/<br><br>https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/ |

| | |
|---|---|
| | semiconductor memory cell<br><br>Samsung solidified its leadership in the NAND flash market by commencing production of the industry's first "1Tb (terabit) TLC (Triple Level Cell)* 9th generation V-NAND" in April. It boasts approximately 1.5 times higher bit density* than the previous generation, thanks to the implementation of industry's smallest cell size and thinnest mold*. It features technologies such as cell interference avoidance and cell life extension to control interference phenomena* and enhance product speed, power efficiency, quality, and reliability.<br><br>Today, the newsroom had the opportunity to meet with Jay Hyun, the Corporate VP of Product Planning, Seungwan Hong (Corporate EVP), Eunkyoung Kim (Corporate VP), and Jiho Cho (Corporate VP) of Flash Product & Technology. These individuals are responsible for the planning and development of the revolutionary 9th generation V-NAND. Join us as we venture into the world of Samsung V-NAND and discover the exciting possibilities it brings in the era of AI.<br><br>https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/<br><br>semiconductor memory cell<br><br>* TLC (Triple Level Cell): a structure that can store 3 bits of data in a single cell.<br>* Bit Density: the number of bits stored per unit area.<br>* Mold: the layer of word lines (wiring responsible for controlling the on/off state of transistors) that drives the cell.<br>* Interference Phenomena: a phenomenon where electrons leak or adjacent cells are affected due to narrow spacing between cells.<br><br>https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/ |




https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/

**Integrated to bring flagship performance**

Equip mobile devices for the age of AI and 5G. DRAM and NAND come together in a single compact package to deliver flagship-level performance. LPDDR5 uMCP brings high-bandwidth storage and memory, crucial for the increasingly data-heavy demands of smartphones, wearables, and AI technology. Take less space and offer capabilities for the ever-growing 5G world.

https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/

| | |
|---|---|
| | **The Limitations of planar NAND Technology**<br>The capacity of a NAND flash drive depends on the number of cells in the chip. Until recently, manufacturers have focused on fitting smaller cells in a planar NAND structure, where memory cells are placed adjacent to one another in a single die layer, to boost memory capacity. In just 15 years, cell size has reduced from 120 nm to 19 nm, while capacity has increased by 100 times.<br>https://semiconductor.samsung.com/news-events/tech-blog/the-future-of-nand-technology/<br>**3D V-NAND Flash Memory**<br>3D V-NAND Flash Memory<br>(3D Vertical NAND flash memory)<br>A type of NAND flash memory where cells conventionally arrayed in a single layer are stacked vertically in three dimensions.<br>3D V-NAND flash is a technology developed to overcome limitations in scaling previous 2D NAND flash processes.<br>https://semiconductor.samsung.com/support/tools-resources/dictionary/semiconductor-glossary-3d-v-nand-flash-memory/ |
| at least one contact configured to electrically connect said memory cells to at least one control line, | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., tungsten bitline), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells |

| | |
|---|---|
| wherein the number of said contacts is less than the number of said memory cells; and | (e.g., TLC memory cells).<br><br>As shown below, the accused product includes UFS storage based on Samsung V-NAND Flash that use a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells.<br><br><br><br>https://cubot.net/phones/rugged-phone/KingKongMini4-specs/146?l=en-us |

| | |
|---|---|
| | <br><br>Source: Teardown of the accused product |

| | |
|---|---|
| | <br>https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/<br><br>https://web.archive.org/web/20260216142817/https://semiconductor.samsung.com/mcp/umcp/lpddr5-umcp/km2v8001cm-b707/ |

memory cell

Samsung solidified its leadership in the NAND flash market by commencing production of the industry's first "1Tb (terabit) TLC (Triple Level Cell)* 9th generation V-NAND" in April. It boasts approximately 1.5 times higher bit density* than the previous generation, thanks to the implementation of industry's smallest cell size and thinnest mold*. It features technologies such as cell interference avoidance and cell life extension to control interference phenomena* and enhance product speed, power efficiency, quality, and reliability.

Today, the newsroom had the opportunity to meet with Jay Hyun, the Corporate VP of Product Planning, Seungwan Hong (Corporate EVP), Eunkyoung Kim (Corporate VP), and Jiho Cho (Corporate VP) of Flash Product & Technology. These individuals are responsible for the planning and development of the revolutionary 9th generation V-NAND. Join us as we venture into the world of Samsung V-NAND and discover the exciting possibilities it brings in the era of AI.

https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/

memory cell

* TLC (Triple Level Cell): a structure that can store 3 bits of data in a single cell.
* Bit Density: the number of bits stored per unit area.
* Mold: the layer of word lines (wiring responsible for controlling the on/off state of transistors) that drives the cell.
* Interference Phenomena: a phenomenon where electrons leak or adjacent cells are affected due to narrow spacing between cells.

https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/

| | |
|---|---|
| | Samsung Newsroom Corporate Products Social Impact Press Resources<br><br>"The new Samsung 512GB eUFS provides the best embedded storage solution for next-generation premium smartphones by overcoming potential limitations in system performance that can occur with the use of micro SD cards, said Jaesoo Han, executive vice president of Memory Sales & Marketing at Samsung Electronics. "By assuring an early, stable supply of this advanced embedded storage, Samsung is taking a big step forward in contributing to timely launches of next-generation mobile devices by mobile manufacturers around the world."<br><br>Consisting of eight 64-layer 512Gb V-NAND chips and a controller chip, all stacked together, Samsung's new 512GB UFS doubles the density of Samsung's previous 48-layer V-NAND-based 256GB eUFS, in the same amount of space as the 256GB package. The eUFS' increased storage capacity will provide a much more extensive mobile experience. For example, the new high-capacity eUFS enables a flagship smartphone to store approximately 130 4K Ultra HD (3840×2160) video clips of a 10-minute duration*, which is about a tenfold increase over a 64GB eUFS which allows storing only about 13 of the same-sized video clips.<br>https://news.samsung.com/global/samsung-starts-producing-first-512-gigabyte-universal-flash-storage-for-next-generation-mobile-devices |

| | |
|---|---|
| | <br>Figure 6 is a higher magnification image of the top portion of the V-NAND string. The top surface of the polysilicon annulus (NAND string channel) is contacted by a tungsten bitline strap that connects to the overlying bitlines. The metal word lines, oxide barrier and charge trap layers surround the polysilicon channel layer.<br>https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/ |

| | |
|---|---|
| | <br>Figure 9. V-NAND versus planar NAND stacking<br>https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., Samsung UFS 2.1), said memory device (e.g., Samsung UFS 2.1) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the accused product includes UFS storage based on Samsung V-NAND Flash and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

injecting charge

※CTF(Charge Trap Flash) : A technology in which 0 and 1 are identified by using nitride with many traps as the trapping layer to inject electrons in the traps. Floating gate semiconductors had been used to save data, but by replacing these with nitride, a nonconductor, crosstalk with adjacent cells is prevented.

https://semiconductor.samsung.com/news-events/tech-blog/all-there-is-to-know-about-flash-memory-how-no1-flash-memory-came-about/




Figure 9. V-NAND versus planar NAND stacking

https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf

| | |
|---|---|
| | The polysilicon channel layer is surrounded by a thin tunnel dielectric that is likely formed by atomic layer deposition (ALD). A charge trap layer, typically silicon nitride, is in contact with this tunnel dielectric and covered by an oxide barrier layer. These were also likely formed by ALD. A barrier layer oxide and metal gate (word lines) surround the charge trap layer.<br><br>Charge trap layers are a fairly new design for Flash memories, as they typically use polysilicon floating gates to store charge. We have seen silicon nitride trap layers being used by Spansion in their MirrirBit NOR Flash memory, but Samsung might be the first to use the charge trap layer in NAND Flash.<br>https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/ |




https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/

> But first, a short primer on where V-NAND has taken us so far, and what it brings to the storage domain of the future. V-NAND is a 3D-cell layer-stacking technology where multiple flash memory cell layers are stacked vertically (3-dimensionally) in each and every NAND chip. Highly reliable, these charge trap flash (CTF) cells have been built with 24, 32, 48, 64, 9x and now 100+ (1xx) layers.

https://semiconductor.samsung.com/news-events/tech-blog/the-next-phase-of-

v-nand-ingenuity/

| | | |
|---|---|---|
| BIOS | Basic Input/Output System | A program that instructs the computer on how to perform a number of basic functions, such as booting, display screen, configure disk drives and keyboard control. It initializes POST. (See definition of POST below.) |
| CSM | Compatibility Support Module | A feature that enables storage devices with OS installed in the Legacy BIOS mode to boot in the UEFI mode by emulating a BIOS-like environment in the UEFI mode. |
| CTF | Charge Trap Flash | A semiconductor memory technology used in creating non-volatile NOR and NAND flash memory. It uses a silicon nitride film to store electrons, which lowers the cell coupling and results in a cell-to-cell interference-free structure. |
| DRAM | Dynamic Random Access Memory | A type of random-access memory, which allows processors to access any part of the memory directly. It stores each bit of data in a storage cell consisting of a capacitor and a transistor. |
| DTT | Dynamic Thermal Throttling | A technology that controls the temperature of the device to not exceed its maximum limit by reducing its performance in a phased manner. |

https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf